UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14504-CIV-MARRA/LYNCH

DAVID POSCHMANN,

        Plaintiff,

v.

PINNACLE ONE, INC. and
SANTO AND JUNE, INC.

        Defendant.

_____/

## NOTICE OF SETTLEMENT

    Plaintiff, by and through counsel, hereby informs the Court that this matter has been fully resolved in principle. The parties anticipate finalizing and signing the written settlement agreement shortly and filing a stipulation of dismissal within ten business days.[1]

                                       s/Drew M. Levitt
                                       DREW M. LEVITT, ESQ.
                                       DML2@bellsouth.net
                                       Florida Bar No. 782246
                                       LEE D. SARKIN, ESQ.
                                       Lsarkin@aol.com
                                       Florida Bar No. 962848
                                       4700 N.W. Boca Raton Blvd., Suite 302
                                       Boca Raton, Florida 33431
                                       Telephone (561) 994-6922
                                       Facsimile  (561) 994-0837
                                       Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on February 4, 2016, I served the foregoing document on all counsel of record and pro se parties identified on the service list as indicated.

                                       s/Drew Levitt
                                       DREW LEVITT, ESQ.

---

[1] There is a Telephonic Status Conference currently set for tomorrow, February 5, 2016, at 10:00 a.m. (DE 45).

## SERVICE LIST

Michael Paul Shienvold, Esq.
michaelpaullaw@aol.com
Law Offices of Michael P. Shienvold, P.A.
5001 S. University Drive, Suite B
Davie, Florida 33328
Telephone (954) 680-1299
Facsimile  (954) 919-6331
Attorneys for Defendant
Via CM/ECF