UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14504-CIV-MARRA/LYNCH

DAVID POSCHMANN,

        Plaintiff,

v.

PINNACLE ONE, INC. and
SANTO AND JUNE, INC.

        Defendant.

_____/

## CONDITIONAL STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, by and through their undersigned counsel, stipulate and agree to dismissal of the action with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) conditioned upon the Court's entry of an order retaining jurisdiction to enforce the parties' settlement agreement.[1]

Respectfully submitted this 16th day of February, 2016.

| | |
|---|---|
| s/ Drew Levitt | s/Michael Paul Shienvold |
| Drew Levitt, Esq. | Michael Paul Shienvold, Esq. |
| Florida Bar No. 782246 | Florida Bar No. 202411 |
| dml2@bellsouth.net | michaelpaullaw@aol.com |
| Lee D. Sarkin, Esq. | Law Offices of Michael P. Shienvold, P.A. |
| Florida Bar No. 962848 | 5001 S. University Drive, Suite B |
| lsarkin@aol.com | Davie, Florida 33328 |
| 4700 N.W. Boca Raton Boulevard | Telephone (954) 680-1299 |
| Suite 302 | Facsimile (954) 919-6331 |
| Boca Raton, Florida 33431 | Attorneys for Defendant |
| Telephone (561) 994-6922 | |
| Facsimile (561) 994-0837 | |
| Attorneys for Plaintiff | |

---

[1] Pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012) and *Kokkonen v. Guardian Life Insurance of America*, 511 U.S. 375, 114 S. Ct. 1673 (1994)