UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 14-14504-CIV-MARRA

DAVID POSCHMANN,

     Plaintiff,

vs.

PINNACLE ONE, INC. and SANTO AND
JUNE, INC.,

     Defendants.

_____/

### ORDER

This cause is before the Court upon the parties' Conditional Stipulation of Dismissal with Prejudice (DE 50).  The Court has carefully considered the Stipulation and is otherwise fully advised in the premises.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that the case is dismissed.  The Court retains jurisdiction for the purpose of enforcing the settlement agreement.

The Clerk shall close the case and all pending motions are denied as moot.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this 16th day of February, 2016.

_____
KENNETH A. MARRA
United States District Judge